## TENNESSEE COAL, IRON & R. R. CO. V. SPIDLE.

### *Damage.*

(Decided June 14, 1906. 41 So. Rep. 1038.)

APPEAL from Birmingham City Court.
Heard before Hon. CHARLES A. SENN.
PERCY & BENNERS, for appellant.
BOWMAN, HARSH & BEDDOW, for appellee.
Appeal dismissed.
Per curiam.

---

## THOMPSON, ET AL. V. THOMPSON.

### *On Demurrer and for Mandamus.*

(Decided June 30, 1906. 41 So. Rep. 1038.)

APPEAL from Macon Chancery Court.
Heard before Hon. W. L. PARKS.
O. S. LEWIS, and J. M. CHILTON, for appellant.
WHITSON & DRYER, for appellee.
Appeal dismissed.
Per curiam.